JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-315-JLR |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER TO EXTEND DEADLINE FOR PRETRIAL MOTIONS |
| ALAN SCOTT ANDRE, | |
| Defendant. | |

THE COURT has considered Alan Andre's unopposed motion to extend the deadline for pretrial motions and all the records and files in this case.

IT IS NOW ORDERED that the due date for pretrial motions is extended from January 2, 2018, to January 11, 2018.

DONE this 3rd day of January, 2018.

/s/ James L. Robart
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jesse Cantor
Assistant Federal Public Defender
Attorney for Alan Andre

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(Alan Scott Andre, CR17-315-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100