JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-0315JLR |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO STAY SENTENCING |
| ALAN SCOTT ANDRE, | |
| Defendant. | |

The Court has considered the defendant's motion to stay sentencing (Dkt. # 21) and all the records in this case.

IT IS NOW ORDERED that the sentencing proceedings are stayed until the United States Supreme Court decides *Gundy v. United States*, No. 17-6086. The parties shall contact the court within 10 days of the Supreme Court's decision with a proposal regarding how this matter should proceed.

DATED this 2nd day of April, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER TO STAY SENTENCING - 1
(*Alan Scott Andre*, CR17-315-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Alan Scott Andre

ORDER TO STAY SENTENCING - 2
(*Alan Scott Andre*, CR17-315-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100