The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ALAN SCOTT ANDRE, <br><br> Defendant. | NO. CR.17-315 JLR <br><br> ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of the United States to file its Surreply to Defendant's Motion to Modify Appearance Bond Conditions under seal.

The Court has considered the motion and records in this case and finds there are compelling reasons to file this document, and the attachment thereto, under seal.

ORDER TO SEAL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED that the United States' Surreply to Defendant's Motion to Modify Appearance Bond be filed under seal.

DATED this 24th day of May 2018.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Marie M. Dalton*
Assistant United States Attorney

ORDER TO SEAL - 2