JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN SCOTT ANDRE, <br><br> Defendant. | No. CR17-315-JLR <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO STAY FINE PENDING APPEAL |

THE COURT has considered Alan Andre's unopposed motion to stay imposition of fine pending appeal and all the records and files in this case.

THE COURT GRANTS the motion to stay the imposition of fine pending the appeal. It is ordered that the Defendant shall deposit all of the fine $1,100 and costs into the district court's registry pending appeal, within 5 days of the date of this Order.

DONE this 25th day of October, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Alan Andre

ORDER TO STAY FINE - 1
(*Alan Scott Andre* / CR17-315-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100