JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALAN SCOTT ANDRE,<br><br>    Defendant. | No. CR17-315-JLR<br><br>ORDER GRANTING MOTION TO REVOKE STAY |

THE COURT has considered Alan Andre's motion to revoke the stay and all the records and files in this case.

THE COURT GRANTS the motion and revokes the order to stay the fine. It is hereby ordered that the $1100 deposited into the court's registry shall be released and applied towards Mr. Andres's fine and victim penalty assessment.

DONE this 10th day of December, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Alan Andre

ORDER TO REVOKE STAY - 1
(*Alan Scott Andre* / CR17-315-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100